NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEE MONBO,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2025-1826

---

Appeal from the United States Court of Federal Claims in No. 1:24-cv-01658-CNL, Judge Carolyn N. Lerner.

---

Before TARANTO, CUNNINGHAM, and STARK, *Circuit Judges.*

PER CURIAM.

## O R D E R

The court dismisses this appeal for lack of jurisdiction. As already explained to Dee Monbo in her earlier appeal in this same case, "this court only has jurisdiction to review a 'final decision' of the Court of Federal Claims, 28 U.S.C. § 1295(a)(3), which is one that 'ends the litigation on the merits and leaves nothing for the court to do but execute the judgment,' *Caitlin v. United States*, 324 U.S. 229, 233 (1945)." *Monbo v. United States*, Appeal No. 2025-1495,

ECF No. 35 at 2 (Fed. Cir. May 19, 2025).[1]  This appeal from the Court of Federal Claims's rejection of her response to the United States's motion to dismiss clearly does not end the litigation on the merits.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each party shall bear its own costs.

(3)  The mandate shall issue forthwith.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 17, 2025
       Date

ISSUED AS A MANDATE: July 17, 2025

---

[1]    *See Monbo v. United States*, Appeal No. 2025-1401, ECF No. 7 (Fed. Cir. March 26, 2025) (same).